IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TROY MCCOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTH STATE AVIATION, LLC and NSA HOLDINGS, INC., (f/k/a NSA HOLDINGS, LLC),<br><br>Defendants. | CIVIL ACTION 1:17-CV-346-CCE-LPA<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (UNOPPOSED)** |

Plaintiff Troy McCoy ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court for an Order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action and specifically (1) preliminarily approving the proposed Settlement; (2) certifying Class for the purposes of settlement only, pursuant to Rule 23(b)(1)(B); (3) appointing Class Counsel, Joseph G. Sauder and Matthew D. Schelkopf of McCune Wright Arevalo LLP and Jean Sutton Martin of the Law Office of Jean Sutton Martin PLLC to serve as counsel for the certified class under Rule 23(g); (4) approving and ordering dissemination of the proposed class notice and forms pursuant to the Notice Plan set forth in the Settlement Agreement; and (5) scheduling a Final Approval Hearing. Defendants do not oppose this motion.

After investigating the facts and carefully considering applicable law, the Plaintiff and Class Counsel have concluded that it would be in the best interests of the Settlement Class Members to enter into this Settlement in order to avoid the uncertainties of litigation and to assure meaningful and timely benefits to the Settlement Class Members. For the reasons stated in the Memorandum filed herewith and accompanying documents, the Plaintiffs and Class Counsel respectfully submit that the terms and conditions of this Settlement are fair, reasonable, and adequate and in the best interests of all Members of the Settlement Class.

This the 2nd day of February, 2018.

/s/ Jean Sutton Martin
JEAN SUTTON MARTIN
North Carolina Bar Number 25703
jean@jsmlawoffice.com
LAW OFFICE OF JEAN SUTTON MARTIN PLLC
2018 Eastwood Road Suite 225
Wilmington, NC 28403
Telephone: (910) 292-6676

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2018 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon attorneys for Defendants, via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Jean Sutton Martin
JEAN SUTTON MARTIN
North Carolina Bar Number 25703
jean@jsmlawoffice.com
LAW OFFICE OF JEAN SUTTON
MARTIN PLLC
2018 Eastwood Road Suite 225
Wilmington, NC 28403
Telephone: (910) 292-6676
Facsimile: (888) 316-3489